# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBORAH KUENNEN, et al., )<br>                             )<br>          Plaintiffs, )<br>                             )<br>v.                               )<br>                             )<br>POLARIS INDUSTRIES, INC., )<br>                             )<br>          Defendant. )<br>_____) | 2:06-cv-01092-PMP-LRL<br><br>**O R D E R** |

       Before the court is defendant's Motion for Physical Examination (#38). The court has considered the motion, plaintiffs' Response (#40), and defendant's Reply (#41). The court finds that good cause exists for the physical examination. *See Shapiro v. Win-Sum Ski Corp*., 95 F.R.D. 38 (W.D.N.Y. 1982). The court also finds that no unusual circumstances exist that would warrant the presence of counsel during Mr. Cox's vocational assessment examination. *See Marsch v. Rensselaer County*, 218 F.R.D. 367, 371 (N.D.N.Y. 2003). Accordingly,

       IT IS ORDERED that defendant's Motion for Physical Examination (#38) is granted as follows:

       1. Plaintiff Deborah Kuennen shall submit to a general physical/orthopedic examination by Dr. George Wharton, M.D. in Dr. Wharton's office at 1341 Mockingbird Lane, #710E, Dallas, Texas, on September 25, 2008 at 3:30 p.m. The examination shall include the taking of x-rays and any other test which is ordinarily deemed to be incident to a general physical/orthopedic examination.

       2. Plaintiff Deborah Kuennen shall submit to a vocational assessment examination by Robert Cox at 2502 Pebble Stone, Garland, Texas, on a date and time to be determined. Neither counsel will be permitted to attend the examination.

. . .

. . .

3. At the time of the examinations, plaintiff Deborah Kuennen shall answer all questions put to them by the examiners, including occupational history and prior medical history, that are relevant to the purposes of the respective examinations.

4. Defendant shall bear the costs of the examinations.

DATED this 10th day of September, 2008.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**